11/28/23

**FILED**
**12/01/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States district Court for the Southern District of Indiana

David A. Schonabaum
　　Plaintiff
　　vs.
Vanderburgh County Confinement Center (vccc), et AL
　　Defendant(s)

3:23-cv-00214-RLY-CSW

## Motion to file 42 U.S.C. § 1983

Now comes by pro-se David A. Schonabaum to move this honorable district court to file this motion 42 U.S.C. § 1983. On or about 11/8/23 My mother Peggy Arthur brought in a set of contacts for my eyes, knowing I needed them due to one contact being torn. The front desk receptionist at Vanderburgh County Confinement Center (vccc) received the contacts, from 11/8/23 till today I have asked medical staff, several sgts, and multiple confinement officers to help locate contacts. Medical staff says they never received them, Sgts. & Confinement officers have said they would check but have never checked my personal belongings and still have yet to locate contacts. As far as I know to this date the contacts have yet to be found and due to this I have been blind in one eye causing severe headaches for on or about 4 weeks.

### Claim II

On or about September 22, 2023 after being moved to "population" or

— continued —

a "housing unit" I was put back into a B-pod unit and was assaulted by an Individual within 10-30 mins of being in there due to news media slandering my name and inmates seeing the news. After that I was moved to Pod A-3 cell M-3 where in fear for my life by threats made from cell I had to request to instantly be moved. This move resulted in me being taken to Solitary Confinement (B-1) for a 72 hour lockdown. I was in Solitary for 6 days instead of the 3 days (72 hours) as what was considered "punishment" for "checking out" of a cell. Even though I told confinement officers I was "in fear for my life" I was still "punished". After moving me out of solitary they took me back to Pod A-3 and put me in cell M-1 where the Confinement officer heard them (the whole pod) threatening me and the Confinement officer moved me over to a 2 man cell in Pod A-2, which is a Protective Custody & Sex crimes pod. The "punishment" was also a possible violation of V.C.C.C. own inmate handbook, since for one I was threatened, and for two I never signed the inmate rules before being moved to a housing unit in the first place.

### Claim III

Since on or about September 22, 2023 I have been confined to a 2 man cell. In a 2 man cell, unlike an 8 man cell, I do not have 24 hour access to a law library and a phone. I have continually asked every day for access to a tablet to be able to have access to at least 6 minutes of phone & access to law library to very least be able to work on my pro-se lawsuit against another government agency. I am continually denied & have went 3-7 days without a tablet to where only access I have is for approximately 1.5 hours a day

— continued —

on my recreational time in which to use the ~~reddit~~ law library, make phone calls, and to shower. Reasoning behind not having tablet is because they are "all out." Every day the 8 man cells end up with tablets and 2 man cells have no access.

In conclusion I would like to respectfully ask of this honorary court that due to my cruel and unusual punishment & treatment and due to my pain & suffering because of V.C.C.C. that the defendent be ordered to pay $3,000,000 USD and be ordered to stop violating rights of inmates, and treat all inmates fairly and not to discriminate.

Respectfully Submitted,

*[signature]*

Date 11/28/23

# Certificate of Service

I hereby certify by first class mail I by pro-se David A Schonabaum #160137 Vanderburgh County Confinement Center that I sent a motion to file § 1983 to the following office of the clerk of the United States Court.

304 United States Courthouse
101 N.W. Martin Luther King Jr. Blvd.
Evansville, IN 47708


Signed,
David Schonabaum
Date 11/28/23

## Informa Pauperis

I being an inmate in the Vanderburgh county Confinement Center have no income and no funds on my inmate account. I motion this Court to proceed informa Pauperis. I will provide my inmate account records when they are made available to me.

Signed,
*[signature]*

Date: 11/28/23