UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DAVID A. SCHONABAUM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00214-RLY-CSW |
| VANDERBURGH COUNTY CONFINEMENT CENTER (VCCC), | ) ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: 7/15/2024

Roger A. G. Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DAVID A. SCHONABAUM
160137
VANDERBURGH COUNTY DETENTION CENTER
VANDERBURGH COUNTY DETENTION CENTER
Inmate Mail/Parcels
3500 N. Harlan Ave.
Evansville, IN 47711